In the Matter of 303 LEXINGTON AVE., INC., Petitioner, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority of the State of New York, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Dore, J. P., Cohn, Van Voorhis, Shientag and McCurn, JJ. [See *ante*, p. 819.]

400 MADISON AVENUE CORPORATION v. LEON NIEGO.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Van Voorhis and McCurn, JJ. [See *ante*, p. 313.]

In the Matter of the Appointment of an Ancillary Successor Trustee under the Will of BRENT GOOD, Deceased. HENRY H. HOYT, JR., et al., Appellants; HENRY H. HOYT et al., Respondents.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *ante*, p. 806.]

HARRY I. GREENE, Appellant, v. BAO CORPORATION et al., Defendants, and MORRIS PLOSCOWE, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Glennon, J. P., Dore, Callahan, Van Voorhis and Shientag, JJ. [See *ante*, p. 760.]

In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Required for the Opening and Extending of SCHURZ (HARDING) AVENUE in the Borough of The Bronx. HERBERT H. SONN et al., as Executors and Trustees under the Will of CELIA S. MEINHARD, Deceased, et al., Appellants.— Motion for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ. [See *ante*, p. 309.]

GREGORY MANUFACTURING CORPORATION v. PERRY METAL PRODUCTS Co., INC. — Motion for leave to appeal to the Court of Appeals or for reargument and for a stay denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Van Voorhis and McCurn, JJ. [See *ante*, p. 795.]